# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

STEPHEN P. KELLY,

                                         **CIVIL NUMBER:   1:23-cv-00008-RGE-SBJ**

        Plaintiff,

v.                                            **JUDGMENT IN A CIVIL CASE**

SOUTHWEST IOWA
TRANSPORTATION, TERRY MUSICH,
and MARK LANDER,

        Defendants,

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED**:

Pursuant to the Order Dismissing Case [50], the case is dismissed. Judgment is entered in favor of the Defendants and against the Plaintiff.

Date: November 28, 2023

                                                                    CLERK, U.S. DISTRICT COURT

                                                              /s/  Kandy Sands
                                                              _____

                                                              By: Deputy Clerk